UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ENTERED
SEP 29 1999
SAMUEL L. KAY, CLERK
U S District & Bankruptcy Courts
Southern District of West Virginia

CHRISTINA WALKER-HARRAH,

Plaintiff

v. Civil Action No. 2:97-1265

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant

## O R D E R

This matter is before the court on the motion of plaintiff for rehearing and/or reconsideration by the court of its memorandum order entered September 18, 1998, pursuant to which the court denied plaintiff's motion to remand this action to the Circuit Court of Putnam County, West Virginia, on the ground that plaintiff had fraudulently joined Dave Ennis, an insurance agent acting at all times within the scope of his authority, as a defendant in this action to destroy diversity jurisdiction.

On October 9, 1998, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, plaintiff filed a motion for rehearing and/or reconsideration of the court's order of September 18, 1998, seeking reconsideration of the court's

decision with respect to the fraudulent joinder of defendant Ennis. Thereafter, on February 24, 1999, the parties filed a stipulation and agreed order pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure voluntarily dismissing with prejudice plaintiff's claims against Mr. Ennis.

Plaintiff's motion for rehearing and/or reconsideration being limited in scope to the issue of whether Mr. Ennis was fraudulently joined by plaintiff in this action to destroy diversity jurisdiction, and, plaintiff having voluntarily agreed to dismiss Mr. Ennis as a party defendant in this action, it is ORDERED that plaintiff's motion for rehearing and/or reconsideration be, and the same hereby is, dismissed as moot.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: September 29, 1999

JOHN T. COPENHAVER, JR.
United States District Judge