UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ENTERED
SEP 29 1999
SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

CHRISTINA WALKER-HARRAH,

Plaintiff

v. CIVIL ACTION NO. 2:97-1265

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant

# ORDER

Pending before the court is defendant's motion for leave to file a proposed supplemental memorandum of law in response to plaintiff's motion for summary judgment, filed February 2, 1999. Plaintiff having responded to the issues raised in defendant's proposed supplemental brief on February 10, 1999, and defendant having replied to plaintiff's response on February 25, 1999, and the court finding that the issues raised by the parties in the supplemental briefs may be beneficial in reaching an informed decision on the issues arising in plaintiff's pending motion for summary judgment, it is ORDERED that defendant's motion be, and it hereby is, granted, and that defendant's proposed supplemental memorandum of law, together

with plaintiff's response and defendant's reply be, and the same hereby are, deemed filed.

The Clerk is directed to forward copies of this order to all counsel of record.

DATED: September 29, 1999

JOHN T. COPENHAVER, JR.
United States District Judge

UNITED STATES
U. S. DISTRICT COURT
Southern District of West Virginia
Charleston Division

# 00005037 - NS
September 28, 1999

| Code | Case # | Qty | Amount |
|---|---|---|---|
| FINE | 2:-92-0154 | | 150.00 CK |

TOTAL→ 150.00

FROM: RUSSELL MARCUM, JR.
BOX 36
STOLLINGS, WV 25646
DOCKET NO. 2:92-00154

UNITED STATES
U. S. DISTRICT COURT
Southern District of West Virginia
Charleston Division

# 00004977 - NS
September 17, 1999

| Code | Case # | Qty | Amount |
|---|---|---|---|
| RESTITUT | 2:-99-0067 | | 1,000.00 CK |

TOTAL→ 1,000.00

FROM: BILL GIBSON
5 VICTORIAN GATE WAY
COLUMBUS, OH 43215
RESTITUTION